UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Bruce Runyan, Robert Sampson, and John Caleb Goss on behalf of themselves and on behalf of all others similarly situated, and on behalf of the MTC Transportation 401(k) Plan,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MTC Transportation, Inc. d/b/a Mark Clemons, a California Corporation, HI PRO INC., a California corporation, and Mark Clemons individually and/or the marital community composed of Mark Clemons and Jane Doe Clemons,<br><br>　　　　　　　　Defendants | No._____<br><br>NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1331 & 1441 and 29 U.S.C. § 1132 |

TO:         PLAINTIFFS, THROUGH THEIR ATTORNEYS OF RECORD

AND TO:   THE CLERK OF THE ABOVE ENTITLED COURT

　　　Please take notice that, pursuant to 28 U.S.C. §§ 1331 and 1441, and 29 U.S.C. § 1132, Defendant HI PRO INC. ("Defendant" or "HI PRO") hereby removes the above referenced action of plaintiffs from the Superior Court for the State of Washington, in

Notice of Removal - 1

CORR CRONIN, LLP
1001 FOURTH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

and for the County of King, cause No. 18-2-12384-4 SEA, to the United States District Court for the Western District of Washington. In support of removal, defendant Hi Pro states:

## PROCEDURAL HISTORY

1. On May 18, 2018, Plaintiffs commenced an action in the Superior Court of Washington for the County of King. The action is entitled *Bruce Runyan v. MTC Transportation Inc*. A copy of the Complaint is attached and marked as Exhibit "A."

2. On May 24, 2018, plaintiffs served the Summons and Complaint on defendant HI PRO in Palm Springs, California. The Summons and Complaint are attached to this Notice as Exhibit A.

3. Plaintiffs have not served defendants MTC Transportation, Inc. or Mark Clemons.

4. Copies of all other pleadings filed in the state court action are attached and marked as Exhibit B.

## VENUE

5. Venue lies in the United States District for the Western District of Washington pursuant to 28 U.S.C. 1441(a) because the Complaint was originally filed in King County, Washington and the Western District of Washington is the district and division embracing King County.

## TIMELINESS OF REMOVAL

6. The Notice of Removal must be filed "within thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting

forth the claim for relief upon which such action or proceeding is based . . . ." On May 24, 2018, HI PRO was served with the Summons and Complaint.

7. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b) because it has been filed within 30 days of HI PRO's first receipt of the Complaint.

**BASIS FOR REMOVAL JURISDICTION: FEDERAL QUESTION**

8. This Court has original jurisdiction over this action under 28 U.S.C. § 1331. The Ninth Claim for Relief (Complaint, p. 21) asserts a cause of action under the Employment Retirement Income Security Act Section 502(a)(1)(B) [29 U.S.C. § 1132(a)(1)(B)]. The Federal District Court has original jurisdiction over a claim for recovery under ERISA, including a claim for recovery under ERISA Section 502(a)(1)(B). 29 U.S.C. § 1132(e). This case may therefore be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

**SUPPLEMENTAL JURSISDICTION**

9. Because the ERISA cause of action is within the court's original jurisdiction, 28 U.S.C. § 1367 provides pendent or supplemental jurisdiction over the other causes of action alleged in the Complaint. 28 U.S.C. § 1441.

**NOTICE PROVIDED TO STATE COURT**

10. Pursuant to 28 U.S.C. § 1446(d), HI PRO will promptly notify the Superior Court of the State of Washington for the County of King of the filing of this Notice of Removal by filing a document entitled "Notice to Adverse Party and State Court of Removal of Civil Action to Federal Court," a copy of which (without exhibits) is attached to this Notice as Exhibit "C."

CORR CRONIN, LLP
1001 FOURTH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

Today's date is June 21, 2018.

CORR CRONIN, LLP

By: */s/ Lawrence R. Cock*
By: */s/ Jack M. Lovejoy*
By: */s/ Jordann M. Hallstrom*

Lawrence R. Cock, WSBA No. 20326
Jack M. Lovejoy, WSBA No. 36962
Jordann M. Hallstrom, WSBA No. 48036
CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 292-8800 phone
(206) 625-0900 facsimile
E-mail: lrc@corrcronin.com
jlovejoy@corrcronin.com
jhallstrom@corrcronin.com

Attorneys for Defendant HI PRO INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 21, 2018, I electronically filed the foregoing with Clerk of the Court utilizing the King County Superior Court E Filing system and served a true and correct copy of the same, in the manner described below, to:

Via Messenger:

Toby J. Marshall
Erika L. Nusser
Maria Hoisington-Bingham
936 North 34th Street, Suite 300
Seattle, WA 98103
tmarshall@terrellmarshall.com
enusser@terrellmarshall.com
mhoisington@terrellmarshall.com

Hardeep S. Rekhi
Gregory A. Wolk
529 Warren Avenue North, Suite 201
Seattle, WA 98109
hardeep@rekhiwolk.com
greg@rekhiwolk.com

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED at Seattle, Washington, on June 21, 2018.

*By: s/ Irina Kinyon*

Irina Kinyon, PP
Paralegal
ikinyon@corrcronin.com