THE HONORABLE MARSHA J. PECHMAN

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE RUNYAN, ROBERT SAMPSON, and JONN CALEB GOSS on behalf of themselves and on behalf of all others similarly situated, and on behalf of the MTC Transportation 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>MARK CLEMONS d/b/a MTC TRANSPORTATION, a sole proprietorship, HI PRO INC., a California corporation, and MARK CLEMONS individually and/or the marital community composed of MARK CLEMONS and JANE DOE CLEMONS,<br><br>Defendants. | NO. 2:18-cv-00915 MJP<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO FILE "CONFIDENTIAL" DOCUMENTS UNDER SEAL OR IN OPEN COURT** |

THIS MATTER came before the Court on Plaintiffs' Motion to File "Confidential" Documents Under Seal or In Open Court. Prior to ruling, the Court considered the following documents:

1. Plaintiffs' Motion to File "Confidential" Documents Under Seal or In Open Court; the Declaration of Erika L. Nusser in Support of Motion to File "Confidential" Documents Under Seal or In Open Court; and

ORDER DENYING PLAINTIFFS' MOTION TO FILE "CONFIDENTIAL" DOCUMENTS UNDER SEAL OR IN OPEN COURT - 1
CASE NO. 2:18-CV-00915 MJP

2. Defendants' failure to respond to Plaintiff's Motion or to make any appropriate showing to defeat the strong presumption against sealing documents that are filed in court proceedings. LCR 5(g)(2).

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiffs' Motion to File "Confidential" Documents Under Seal or In Open Court is DENIED. Exhibits 2, 9, 13-14, 17-18 to the Declaration of Erika L. Nusser in Support of Motion to File "Confidential" Documents Under Seal or In Open Court (Dkt. No. 25, Exs. 1-5) shall be unsealed by the clerk.

DATED this 30th day of August 2019.

Marsha J. Pechman
United States District Judge

ORDER DENYING PLAINTIFFS' MOTION TO FILE
"CONFIDENTIAL" DOCUMENTS UNDER SEAL OR IN OPEN
COURT - 2
CASE NO. 2:18-CV-00915 MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## CERTIFICATE OF SERVICE

I, Erika L. Nusser, hereby certify that on August 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lawrence R. Cock, WSBA #20326
Email: lrc@corrcronin.com
Jack M. Lovejoy, WSBA #36962
Email: jlovejoy@corrcronin.com
CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone: (206) 625-8600

*Attorneys for Defendants*

DATED this 30th day of August, 2019.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Erika L. Nusser, WSBA #40854
Erika L. Nusser, WSBA #40854
Email: enusser@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*

ORDER DENYING PLAINTIFFS' MOTION TO FILE
"CONFIDENTIAL" DOCUMENTS UNDER SEAL OR IN OPEN
COURT - 3
CASE NO. 2:18-CV-00915 MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com