| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| BRUCE RUNYAN et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>MTC TRANSPORTATION, INC. et al.,<br><br>                Defendants. | CASE NO. C18-915 MJP<br><br>ORDER DENYING STIPULATED MOTION FOR STAY |

This matter comes before the Court on the Parties' Stipulated Motion to Stay the Case. (Dkt. No. 52.) Having reviewed the motion and the remaining record, the Court DENIES the motion.

The case schedule that the parties now seek to change was set by the Court after reviewing the Parties' joint status report and discovery plan submitted on September 21, 2018. (Dkt. No. 14.) The Court's order setting trial date and related dates explicitly states "[t]he Court will alter these dates only upon good cause shown." (Dkt. No. 14 at 2.)

1     The parties now seek to alter the Court's schedule "so the parties can focus their efforts on settlement discussions, without incurring additional attorneys' fees and expenses that will be required to comply with the current case schedule . . . ." (Dkt. No. 52 at 1-2.) This does not constitute good cause within the meaning of the Court's scheduling order.

    The parties are free to engage in settlement discussions and to settle at any time, but the Court cannot make its trial schedule dependent on an anticipated timeline for these discussions. The parties are free to submit a revised motion with a more detailed explanation of the reasons why the Court should extend the current deadlines. However, on the record currently before the Court, there is insufficient reason to justify a delay.

    The clerk is ordered to provide copies of this order to all counsel.

Dated October 4, 2019.

*[signature]*
Marsha J. Pechman
United States District Judge