THE HONORABLE MARSHA J. PECHMAN

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRUCE RUNYAN, ROBERT SAMPSON, and JONN CALEB GOSS on behalf of themselves and on behalf of all others similarly situated, and on behalf of the MTC Transportation 401(k) Plan,

Plaintiffs,

v.

MARK CLEMONS d/b/a MTC TRANSPORTATION, a sole proprietorship, HI PRO INC., a California corporation, and MARK CLEMONS individually and/or the marital community composed of MARK CLEMONS and JANE DOE CLEMONS,

Defendants.

NO. 2:18-cv-00915 MJP

**STIPULATED MOTION AND ORDER TO EXTEND EXPERT DEADLINES**

**I. STIPULATION**

The parties hereby stipulate and request the Court issue an Order extending the export report and rebuttal expert report deadlines, as well as the discovery deadline as it relates to depositions of experts only. As set forth more fully below, the parties have been working diligently in discovery, but are still working to obtain data from a third-party for purposes of completing expert reports.

STIPULATED MOTION AND ORDER TO EXTEND EXPERT
DEADLINES - 1
CASE NO. 2:18-CV-00915 MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1. The plaintiffs in this matter challenge defendants' employment practices under Washington's wage and hour laws, and defendants have answered.

2. The parties have engaged in significant discovery. Plaintiffs have propounded one set of discovery requests on each of the defendants, which have been answered. Defendants have likewise propounded discovery requests on plaintiffs, to which plaintiffs have responded. In addition, plaintiffs have conducted two Fed. R. Civ. P. 30(b)(6) depositions and taken the individual deposition of defendant Mark Clemons. Defendants have also deposed each of the plaintiffs.

3. During the course of discovery, the parties also worked to establish a protocol for defendants to use a technology assisted review for production of defendants' electronically stored information. To date, defendants have produced more than 250,000 pages of documents, including hundreds of spreadsheets containing the daily hours worked by proposed class members during the class period. Those spreadsheets, however, do not have the rates of pay for proposed class members, which is necessary to calculate damages.

4. Defendants provided the data available to them pertaining to the rates of pay, dates of payment, and pay received by proposed class members. However, the data produced by defendants is not in a format that experts can readily sort and pair with the data regarding hours worked by proposed class members. Defendants attempted to locate the payroll data in a more usable format and attempted to work with their payroll vendor to obtain that data but were unable to do so. Plaintiffs have therefore subpoenaed defendants' payroll vendor to obtain more usable data.

5. The parties have diligently sought to obtain the necessary data to prepare expert reports. Given the volume of data and the fact that defendants have been unable to locate the necessary data in a readily-usable format, however, the parties need additional time to obtain the data.

STIPULATED MOTION AND ORDER TO EXTEND EXPERT
DEADLINES - 2
CASE NO. 2:18-CV-00915 MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6. The parties are unable to finalize their expert reports without the missing pay data from defendants' payroll vendor. The parties are also therefore unable to complete depositions of experts without completed reports.

7. The parties' request to extend the deadlines to exchange expert reports and rebuttal expert reports, and to allow additional time past the discovery cutoff to complete depositions relating to expert reports will not impact any other deadlines in the case.

8. Thus, good cause exists to extend the following deadlines:

| Event | Current Deadline | Requested Extension |
|---|---|---|
| Exchange of expert witness reports | 10/15/2019 | 12/17/2019 |
| Rebuttal expert reports | None | 1/10/2020 |
| Discovery cut-off | 12/13/2019 | 1/24/2020 – For depositions relating to expert reports only |

STIPULATED TO AND DATED this 8th day of October, 2019.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Erika L. Nusser, WSBA #40854
　　Toby J. Marshall, WSBA #32726
　　Email: tmarshall@terrellmarshall.com
　　Erika L. Nusser, WSBA #40854
　　Email: enusser@terrellmarshall.com
　　Maria Hoisington-Bingham, WSBA #51493
　　Email: mhoisington@terrellmarshall.com
　　936 North 34th Street, Suite 300
　　Seattle, Washington 98103
　　Telephone: (206) 816-6603
　　Facsimile: (206) 319-5450

CORR CRONIN, LLP

By: /s/ Jack M. Lovejoy, WSBA #36962
　　Lawrence R. Cock, WSBA #20326
　　Email: lrc@corrcronin.com
　　Jack M. Lovejoy, WSBA #36962
　　Email: jlovejoy@corrcronin.com
　　1001 Fourth Avenue, Suite 3900
　　Seattle, Washington 98154
　　Telephone: (206) 625-8600

*Attorneys for defendants*

STIPULATED MOTION AND ORDER TO EXTEND EXPERT DEADLINES - 3
CASE NO. 2:18-CV-00915 MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Hardeep S. Rekhi, WSBA #34579
Email: hardeep@rekhiwolk.com
Gregory A. Wolk, WSBA #28946
Email: greg@rekhiwolk.com
REKHI & WOLK, P.S.
529 Warren Avenue North, Suite 201
Seattle, Washington 98109
Telephone: (206) 388-5887
Facsimile: (206) 577-3924

*Attorneys for plaintiffs*

STIPULATED MOTION AND ORDER TO EXTEND EXPERT
DEADLINES - 4
CASE NO. 2:18-CV-00915 MJP

# III. ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the expert deadlines are extended as follows:

| Event | Current Deadline | Requested Extension |
| --- | --- | --- |
| Exchange of expert witness reports | 10/15/2019 | 12/17/2019 |
| Rebuttal expert reports | None | 1/10/2020 |
| Discovery cut-off | 12/13/2019 | 1/24/2020 – For depositions relating to expert reports only |

IT IS SO ORDERED.

DATED this 8th day of October, 2019.

_____
Marsha J. Pechman
United States District Judge

## CERTIFICATE OF SERVICE

I, Erika L. Nusser, hereby certify that on October 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Lawrence R. Cock, WSBA #20326
>Email: lrc@corrcronin.com
>Jack M. Lovejoy, WSBA #36962
>Email: jlovejoy@corrcronin.com
>CORR CRONIN, LLP
>1001 Fourth Avenue, Suite 3900
>Seattle, Washington 98154
>Telephone: (206) 625-8600
>
>*Attorneys for defendants*

STIPULATED MOTION AND ORDER TO EXTEND EXPERT DEADLINES - 5
CASE NO. 2:18-CV-00915 MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

DATED this 8th day of October, 2019.

                    TERRELL MARSHALL LAW GROUP PLLC

                    By: /s/ Erika L. Nusser, WSBA #40854
                         Erika L. Nusser, WSBA #40854
                         Email: enusser@terrellmarshall.com
                         936 North 34th Street, Suite 300
                         Seattle, Washington 98103
                         Telephone: (206) 816-6603
                         Facsimile: (206) 319-5450

                    *Attorneys for plaintiffs*

STIPULATED MOTION AND ORDER TO EXTEND EXPERT
DEADLINES - 6
CASE NO. 2:18-CV-00915 MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com